### BARKER v. STATE.
### No. 16617.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Rehearing Denied March 14, 1934.

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor; punishment being one year in the penitentiary.

No statement of facts or bills of exception are brought to this court. In such condition the record presents nothing for review.

The judgment is affirmed.

### Arthur BARKER v. STATE.
### No. 16615.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Rehearing Denied March 14, 1934.

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. Appellant pleaded guilty. All matters of procedure appear regular.

The judgment will be affirmed.